FILED

JAN - 8 2008

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>BENJAMIN LEE BREWINGTON, JR.,<br><br>        Defendant. | Criminal Case No. 08CR0060-WQH<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 - Importation<br>of Methamphetamine (Felony) |

The United States Attorney charges:

On or about December 7, 2007, within the Southern District of California, defendant BENJAMIN LEE BREWINGTON, JR., did knowingly and intentionally import 50 grams or more, to wit: approximately 1.70 kilograms (approximately 3.74 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 1/8/08

KAREN P. HEWITT
United States Attorney

for CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
12/12/07