**NORMA A. AGUILAR**
California State Bar No. 211088
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Norma_Aguilar@fd.org

Attorneys for Mr. Brewington, Jr.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR00060-WQH |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| BENJAMIN LEE BREWINGTON, JR., ) | **AS LEAD ATTORNEY** |
| Defendant. ) | |

    Notice is hereby given by NORMA A. AGUILAR, Federal Defenders of San Diego, Inc., that:

    \*\* I am replacing LINDA LOPEZ, as lead counsel on this case.

                                      Respectfully submitted,

Dated: January 18, 2008            */s/ Norma Aguilar*
                                          **NORMA AGUILAR**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Mr. Brewington, Jr.
                                          Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 18, 2008            */s/ Norma Aguilar*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Norma_Aguilar@fd.org