1  KAREN P. HEWITT
   United States Attorney
2  GEORGE V. MANAHAN
   Assistant United States Attorney
3  California State Bar No. 239130
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  (619) 557-5610 (Phone)          (619) 235-2757 (Fax)
   E-mail: George.Manahan@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           )    Criminal Case No. 08-cr-0060-WQH
                                       )
11              Plaintiff,             )
                                       )    NOTICE OF APPEARANCE
12        v.                           )
                                       )
13 BENJAMIN LEE BREWINGTON, JR,        )
                                       )
14              Defendant.             )
                                       )
15

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18        I certify that I am admitted to practice in this court or authorized to practice under CivLR

19 83.3.c.3-4.

20        Effective this date, the following attorneys are no longer associated with this case and should

21 not receive any further Notices of Electronic Filings relating to activity in this case:

22        U S Attorney CR .

23        Please feel free to call me if you have any questions about this notice.

24        DATED: February 13, 2008.

25                                              KAREN P. HEWITT
                                                United States Attorney
26

27                                              s/ *George V. Manahan*
                                                George V. Manahan
28                                              Assistant United States Attorney

                                                                              08-cr-0060-WQH

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

UNITED STATES OF AMERICA,   )   Criminal Case No. 08-cr-0060-WQH
)
          Plaintiff,   )
)   CERTIFICATE OF SERVICE
  v.   )
)
BENJAMIN LEE BREWINGTON, JR   )
)
          Defendant.   )
                                                 )

IT IS HEREBY CERTIFIED THAT:

    I, George Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the foregoing NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.    Norma A. Aguilar
           Federal Defenders of San Diego, Inc.
           Email: norma_aguilar@fd.org
           Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on February 13, 2008.

                                                     s/ *George V. Manahan*
                                                     GEORGE V. MANAHAN