**FILED**
FEB 2 2 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         Plaintiff,  )<br>    v.  )<br>  )<br>BENJAMIN LEE BREWINGTON, JR.,  )<br>  )<br>         Defendant.  )<br>_____) | Criminal Case No. 08-CR-0060-WQH<br><br>ORDER TO DISMISS INFORMATION<br>WITHOUT PREJUDICE |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Information in the above-captioned case is dismissed, as to Defendant BENJAMIN LEE BREWINGTON, JR., without prejudice.

**IT IF FURTHER ORDERED** that Defendant BENJAMIN LEE BREWINGTON, JR. be released as soon as possible ~~if he is in custody or that his bond be exonerated if a bond has been posted~~.

**IT IS SO ORDERED.**

DATED: February 19, 2008.

_____
WILLIAM Q. HAYES, District Judge
United States District Court